# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **LANESHA WIMBUSH**, | * |
| | * |
| Plaintiff, | * |
| | * Case No. 1:21-cv-04078-TWT |
| v. | * |
| | * |
| **FAMILY DOLLAR STORES** | * JURY DEMANDED |
| **OF GEORGIA, LLC,** | * |
| | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate the Plaintiff's claims and causes of action against the Defendant are hereby dismissed with prejudice. This Stipulation of Dismissal is approved by all parties who have appeared in this matter as reflected by their signatures below. The parties will bear their own costs and attorneys' fees.

Respectfully submitted,

**BEY & ASSOCIATES, LLC**

By: /s/ Tifanie R. Owens
**TIFANIE R. OWENS, GA BAR #868125**
*Attorney for Plaintiff*
191 Peachtree Street NE, Suite 3200
Atlanta, GA 30303
(404) 344-4448/ (404) 393-6107 FAX
tifanie@beyandassociates.com

**CARR ALLISON**

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**
*Attorneys for Defendant Family Dollar Stores of Georgia, LLC*
736 Market Street, Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com
sswanson@carrallison.com

## CERTIFICATE OF COMPLAINCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 16th day of August, 2022.

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Tifanie R. Owens, Esq.
Bey & Associates LLC
191 Peachtree Street N.E., Suite 3200
Atlanta, Georgia 30303

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BAR #474125**
**STEPHEN A. SWANSON, GA BAR #759751**